79,104-04,06,07

CLERK OF COURT OF CRIMINAL APPEALS
HONORABLE ABEL ACOSTA
P.O. BOX 12308, CAPITAL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk

INRE: EX PARTE RICKY LYNN ADAMS, #1764301
     WR-79-104-04
     WR-79-104-06
     WR-79-104-07

IN THE 3rd DISTRICT COURT
FROM ADERSON COUNTY CAUSE #'S
26169, 26168, 26167
SPET. 30, 2015

Dear Mr. Acosta,

On June 12, 2013 the Court of Criminal Appeals issued an order
that the District Court make "Findings of Fact and Conclusions of Law",
and placed my writ in abeyance until the District Court did its duties.

Sir, I have never recieved the Final Answer from the Court of
Crminal Appeals concerning this order or issues.

Sir, could you please send me the FINAL ORDERS issued on
these writs by the Court of Criminal Appeals. It would be very much
appreciated as I await now for TWO(2) YEARS AND FOUR(4) MONTHS.

THANK YOU FOR YOUR TIME AND YOUR ASSISTANCE IN RESOLVING THIS MATTER

Respectfully submitted,

_____

RICKY LYNN ADAMS #1764301
STRINGFELLOW UNIT
1200 FM 655
Rosharon, Tx. 77583